BROWNSTEIN HYATT FARBER SCHRECK, LLP
Jonathan C. Sandler, Bar No. 227532
jsandler@bhfs.com
2049 Century Park East, Suite 3550
Los Angeles, California 90067-3007
Telephone: 310.500.4600
Facsimile: 310.500.4602

Attorneys for Defendant
NELNET SERVICING, LLC erroneously served and sued as NELNET INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PATENAUDE,<br><br>Plaintiff,<br><br>v.<br><br>NELNET INC., ECMC, a nonprofit corporation; and Does 1-10,<br><br>Defendants. | Case No. **'22 CV279 DMS AGS**<br><br>**NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT**<br><br>San Diego Superior Court Case No. 37-2022-00003447-CU-ST-CTL |

**TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD**:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendant NELNET SERVICING, LLC erroneously served and sued as NELNET INC. ("Nelnet"), by and through its attorney of record, hereby removes to this Court the above-entitled state court action, and in support thereof state as follows:

23721212.5

## I. INTRODUCTION

Plaintiff Victor Patenaude ("Patenaude") alleges that Nelnet violated the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227, the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., and California state law in connection with the servicing of his student loan(s) and making communications to him related thereto. Specifically, Patenaude alleges that he was not obligated to make loan payments under the Coronavirus Aid, Relief, and Economic Security Act, but that Nelnet continued to attempt to collect on the loans and continued contacting him, and therefore, Nelnet's efforts to service the debt were improper. See (Compl. ¶ 7-15). Nelnet denies that it engaged in improper collection efforts or violated the TCPA, FDCPA, or any other law. Nelnet removes this action to the United States District Court for the Southern District of California based upon federal question jurisdiction under 28 U.S.C. §§ 1331 and 1441(a) and supplemental jurisdiction under 28 U.S.C. § 1367.

## II. PROCEDURAL REQUIREMENTS ARE SATISFIED

2. On January 27, 2022, Patenaude filed a Complaint in the Superior Court of California for the County of San Diego, entitled Victor Patenaude, Plaintiff v. Nelnet Inc., ECMC, a nonprofit corporation, and Does 1-10, Defendants (the "State Court Action"). The Complaint bears Case No. 37-2022-00003447-CU-ST-CTL.

3. Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint, as well as all other process, pleadings, and orders served upon Nelnet, are attached as Exhibit A.

4. Although Patenaude sued and served Defendant Nelnet Inc., that entity never serviced Patenaude's student loan(s). Instead, Nelnet Servicing, LLC services Patenaude's debt and is the proper party to this action.

5. Nelnet was served with the Summons and Complaint on January 31, 2022. Thus, Nelnet is filing this Notice of Removal with this Court within thirty

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

1  (30) days of service of the Summons and Complaint pursuant to 28 U.S.C. § 1446
2  (b)(1).

3       6.    Venue is proper in this Court under 28 U.S.C. § 1446(a) as the district
4  and division within which the State Court Action was brought.

5       7.    As required by 28 U.S.C. § 1446(d), this Notice of Removal will be
6  sent to Patenaude through his attorney of record, Wade Miller Law, and a copy of
7  this Notice will be filed with the clerk of the Superior Court of California for the
8  County of San Diego.

### III.    REMOVAL IS PROPER PURSUANT TO 28 U.S.C. §§ 1441(a) AND 1367

     8.    Removal is proper pursuant to 28 U.S.C. § 1441(a).

     9.    Under 28 U.S.C. § 1441(a) "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

     10.    This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because Patenaude's first and third causes of action arise under the laws of the United States.

     11.    Specifically, Patenaude alleges Nelnet violated numerous provisions of the FDCPA, 15 U.S.C. § 1692e, f. (Compl. ¶¶ 17-21) ,and the TCPA, 47 U.S.C. § 227 (Compl. ¶¶ 10-15, 29-31).

     12.    Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Patenaude's substantially related California state law cause of action.

23721212.5

- 3 -

NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

## IV. CONCLUSION

Based on the foregoing, Nelnet hereby removes this action, which is currently pending in the California Superior Court for the County of San Diego, as Case No. 37-2022-00003447-CU-BT-CTL, to this Honorable Court.

Dated: March 1, 2022

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Jonathan C. Sandler
　　Jonathan C. Sandler
　　Attorneys for Defendant
　　NELNET SERVICING, LLC
　　erroneously served and sued as
　　NELNET INC.