WADE MILLER LAW
Wade A. Miller CBN 208980
5072 Mount Casas Drive
San Diego, CA 92117

Attorneys for Plaintiff
Victor Patenaude

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR PATENAUDE,<br><br>          Plaintiff,<br><br>     v.<br><br>NELNET INC., ECMC, a nonprofit corporation; and Does 1-10,<br><br>          Defendants. | Case No. 3:22-CV-00279-AGS<br><br>**OPPOSITION TO MOTION TO DISMISS**<br><br>Date: July 29, 2022<br>Time: 1:30 p.m.<br>Judge: Hon. Dana M. Sabraw<br>Courtroom: 13A |

Plaintiff VICTOR PATENAUDE ("Plaintiff"), responds to defendant's motion to dismiss as follows:

A. FDCPA Claim

Defendant ECMC argues that it is not a debt collector. However, ECMC attempted to collect a student loan from plaintiff and it collects student loans on a regular basis. Additionally, defendant ECMC argues that plaintiff's student loan was not in default and it therefore cannot be considered a "debt collector", *MTD page 4 lines 22-27*. In fact, plaintiff's student loan was in default.

The Court should "freely grant" leave to amend when there is no "undue delay, bath faith, dilatory motive on the part of the movant, undue prejudice to the opposing party by virtue of ... the amendment, [or] futility of the amendment ..."

*Foman v. Davis 371 U.S. 1778, 182 (1962).* Generally, leave to amend is only denied when it is clear that the deficiencies of the complaint cannot be cured by amendment. *See DeSoto v. Yellow Fredight Sys., Inc., 957 F. 2d 655, 658 (9th Cir. 1992).*

Plaintiff moves this court to allow plaintiff to amend the FAC to include these additional facts so that the case may be heard on its merits.

B. California Rosenthal Act

Plaintiff is willing to dismiss, without prejudice, this cause of action, based upon further legal analysis of the Higher Education Act.

C. TCPA Claim

In light of the recent *Facebook, Inc. v. Duguid, 141 S.Ct. 1163 (2021)* ruling, plaintiff is willing to dismiss, without prejudice, this case of action.

D. FCRA Claim

As plaintiff cannot allege that he contacted the Credit Reporting Agency prior to filing suit, plaintiff is willing to dismiss, without prejudice, this cause of action.

E. Additional Claim - Invasion of Privacy

Plaintiff initially only brought in Nelnet Inc. as a defendant in plaintiff's Fourth Cause of Action, Invasion of Privacy. However, after engaging in informal discovery with defendant Nelnet, Inc., plaintiff has since learned that defendant ECMC also invaded plaintiff's right to privacy by illegally recording phone calls with plaintiff.

Therefore, plaintiff moves this court to allow him to amend the FAC to plead these supporting facts and add defendant ECMC to this cause of action.

|   |   |
|---|---|
| Dated: July 15, 2022 | Respectfully submitted,<br><br>WADE MILLER LAW<br><br>By: / s / Wade A. Miller<br>　　Wade A. Miller<br>　　Attorneys for Plaintiff<br>　　VICTOR S. PATENAUDE |